## RESOLUTION OF THE GENERAL PARTNER OF
## Willco XII Development, LLLP (the "Company")

Spirit Hospitality, LLC, in its capacity as General Partner of the Company, a Colorado limited liability limited partnership, does hereby agree and resolve as follows:

WHEREAS, it is in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

WHEREAS, the General Partner has authority pursuant to ¶ 15 of the Agreement of Limited Partnership of Willco XII Development, LLP to manage the business carried on by the Company; and

WHEREAS, the General Partner has voted to authorize this Company to file a voluntary petition in the United States Bankruptcy Court for the District of Colorado pursuant to Chapter 11 of Title 11 of the United States Code;

NOW THEREFORE, IT IS RESOLVED that William G. Albrecht, as the controlling member and manager of the General Partner, authorizes and directs Chad Schneider to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

BE IT FURTHER RESOLVED, that Chad Schneider is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Chad Schneider is authorized and directed to employ bankruptcy counsel, special counsel, and any and all professionals necessary to represent and assist the Company in such bankruptcy case.

Dated: 9/17/20

Spirit Hospitality, LLC – General Partner

By: _____
Name: William Albrecht
Title: Managing Manager

JOAN M CROUSE
Notary Public
State of Colorado
Notary ID # 20044025369
My Commission Expires 08-02-2024

1

Subscribed, sworn to, and acknowledged before me this 17th day of September, 2020, by William G. Albrecht.

Witness my hand and official seal.

_Joan M Crouse_
Notary Public

My Commission Expires: 08-02-2024

2